# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0012.  TYRONE JOHNSON v. THE STATE.**

In 2011, a jury found Tyrone Johnson guilty of rape and false imprisonment, and he pled guilty to failure to register as a sex offender.  We affirmed Johnson's convictions on direct appeal in an unpublished opinion.  See *Johnson v. State*, Case No. A12A1493 (decided October 5, 2012). Johnson subsequently filed a motion for an out-of-time appeal. The trial court denied his request, and Johnson then filed this direct appeal. We lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal."  *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (citation omitted).  Because Johnson already has had a direct appeal, he is not entitled to an out-of-time appeal.  See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal."). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/23/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.